so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GRACE H. GRIFFIN, Respondent, v. WILLIAM H. GRIFFIN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD A. NOBLETT, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

RAY STERN, as Administratrix, etc., of SOLOMON STERN, Deceased, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE TRADING COMPANY, Respondent, v. THE NATIONAL CITY BANK OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

RALPH W. LONG, Respondent, v. PORTER PUBLISHING CORPORATION and Others, Defendants, Impleaded with ROBERT J. DEAN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JACK MORRIS, Respondent, v. PORTER PUBLISHING CORPORATION and Others, Defendants, Impleaded with EDWARD R. THOMAS, Appellant.— Order affirmed, with ten dollars costs and disbursements to the respondent against the defendant Porter Publishing Corporation. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CLAUDE P. GRENEKER, Respondent, v. PORTER PUBLISHING CORPORATION and Others, Defendants, Impleaded with HUGH KENT, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

AUDLEY H. SELWYN v. ALFRED M. LAZAROWITZ and Others. FRANCES C. WOODS v. AUDLEY H. SELWYN.— Motion denied on condition that appellant procure the appeal to be argued on or before December 17, 1926. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

SOLOMON SCHWARTZ, Respondent, v. MARJOLET, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

WOLF MARKS, Respondent, v. NAMBIL REALTY CO., INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.; Merrell and Martin, JJ., dissent.

UNA PIANO CORPORATION, Respondent, v. ELEANOR D. GLAVIN, Appellant.— Order affirmed, with costs and disbursements. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RACHMIEL CHERKASS, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

FRANCIS WEAVER, Appellant, v. MANUFACTURERS' TRUST COMPANY and Another, as Executors, etc., of GEORGE WEAVER, Deceased, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.